LISA I. CARTEEN, Bar No. 204764
BAKER HOSTETLER LLP
12100 Wilshire Boulevard,
15th Floor
Los Angeles, California 90025-7120
Telephone: 310.820.8800
Facsimile: 310.820.8859
Email: lcarteen@bakerlaw.com

WILLIAM C. BERGMANN, *pro hac vice*
BUKOLA T. AINA, *pro hac vice*
BAKER HOSTETLER LLP
1050 Connecticut Avenue, N.W.
Suite 1100
Washington, D.C. 20036-5304
Telephone: 202.861.1500
Facsimile: 202.861.1783
Email: wbergmann@bakerlaw.com
       baina@bakerlaw.com

Attorneys for Plaintiff
CRESTRON ELECTRONICS, INC.

Gary A. Hecker, Esq. (State Bar No. 099008)
James M. Slominski, Esq. (State Bar No. 166357)
**THE HECKER LAW GROUP, PLC**
1925 Century Park, East, Suite 2300
Los Angeles, California 90067
Telephone: (310) 286-0377
Facsimile: (310) 286-0488
Email: ghecker@hh.com
       jslominski@hh.com

Attorneys for Defendant
RGB SYSTEMS, INC.

**IN THE UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRESTRON ELECTRONICS, INC.,<br><br>          Plaintiff,<br><br>     v.<br><br>RGB SYSTEMS, INC. (d/b/a "EXTRON ELECTRONICS"); and DOES 1-10,<br><br>          Defendants. | Case No. 2:09-cv-08402-AHM (CWx)<br><br>**ORDER RE: DISMISSAL OF ENTIRE ACTION** |
| RGB SYSTEMS, INC.<br><br>          Counterclaimant<br><br>     v.<br><br>CRESTRON ELECTRONICS, INC.<br><br>          Counterdefendant | Discovery Cutoff: 1/10/2011<br>Pretrial Conference Date: 4/11/2011<br>Trial Date: 4/28/2011<br><br>Hon. Judge A. Howard Matz<br>Hon. Magistrate Judge Carla Woehrle |

- 1 -

ORDER RE: DISMISSAL OF ENTIRE ACTION

The Court having considered the STIPULATION FOR DISMISSAL OF ENTIRE ACTION of the parties and for good cause shown, IT IS HEREBY ORDERED that pursuant to FRCP 41(a)(1)(A)(ii) and (c):

1. This entire action is dismissed without prejudice;
2. Each party is to bear its own attorney's fees and costs; and
3. This Court shall retain jurisdiction to enforce the terms of the STIPULATION FOR DISMISSAL OF ENTIRE ACTION signed by the parties and, to the extent necessary, may set aside this dismissal in order to do so.

DATED: December 06, 2010

_____
Honorable A. Howard Matz
U.S. District Judge, Presiding

**JS-6**

- 2 -

ORDER RE: DISMISSAL OF ENTIRE ACTION